UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER PINTO,

Plaintiff,

-against-

HUSQVARNA / SYNCHRONY BANK,

Defendant.

25-CV-5928 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 29, 2025, the Court received a letter from Plaintiff Peter Pinto indicating his strong interest in mediation. By January 7, 2026, Defendant Synchrony Bank is directed to inform the Court whether it is amenable to referral to the Court-annexed mediation program, which provides mediation services free of charge. Defendant may include this information in their opposition to the motion to remand due two days prior or in a separate letter. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: December 30, 2025
    New York, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge